## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| LISA MURPHY, <br> ADC # 760343 | PLAINTIFF |
| v.   No. 1:14CV00119-JLH-JJV | |
| HARMON, Sergeant, <br> McPherson Unit; *et al.* | DEFENDANTS |

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint is DISMISSED without prejudice (Document #1);

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this 20th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE