**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LISA MURPHY,                                                                                           PLAINTIFF
ADC # 760343

v.                                        No. 1:14CV00119-JLH-JJV

HARMON, Sergeant,
McPherson Unit; *et al.*                                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 20th day of November, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE